IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY JOHNSON, :
    Plaintiff, :
: No. 1:16-CV-0841
v. :
: (Judge Kane)
KEVIN MISKELL, :
    Defendant :

## ORDER

**AND NOW**, this 28th day of August, 2017, upon consideration of Plaintiff's motion to reopen discovery (Doc. No. 44), motion to compel (Doc. No. 49), motion to determine sufficiency of Defendant's objections (Doc. No. 50), Defendant's motion to extend dispositive motion deadline (Doc. No. 51), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to reopen discovery (Doc. No. 44), is **GRANTED**, as follows. Discovery will be reopened for a period of forty-five (45) days from the date of this Order;

2. Plaintiff's motion to compel (Doc. No. 49), and motion to determine the sufficiency of Defendant's objections (Doc. No. 50), are **GRANTED**, as follows. Within fifteen (15) days of the date of this Order, Defendant shall answer interrogatory numbers three, six, seven, eight, and nine, curing the defects in the responses. Any objection on security grounds shall be supported by detailed factual assertions and legal authority. Defendant shall also respond to Plaintiff's requests for admission numbers two, three, five, six, and nine in accordance with the Federal Rules of Civil Procedure; and

3. Defendant's motion to extend the dispositive motion deadline (Doc. No. 51), is **GRANTED** as follows. The dispositive motion deadline is **STAYED** pending further Order of this Court.

                                                      s/Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania