IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY JOHNSON, | : | |
| Plaintiff | : | |
| | : | No. 1:16-cv-0841 |
| v. | : | |
| | : | (Judge Kane) |
| KEVIN MISKELL, | : | |
| Defendant | : | |

# ORDER

**AND NOW**, on this 12th day of June 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's combined motion to compel discovery, appoint temporary counsel, and for additional discovery (Doc. No. 57), is adjudicated of as follows:

   a. Plaintiff's motion to compel discovery is **GRANTED** as follows. Defendant shall submit for in camera inspection by the Court within twenty (20) days of the date of this Order, all responsive answers and materials to Plaintiff's interrogatory and request for production of documents numbers three, six, seven, and eight, that Defendant has not already answered or produced to Plaintiff. Defendant shall also provide Plaintiff with an opportunity to inspect and copy any non-privileged portion of Plaintiff's 2013 mental health record within twenty (20) days of the date of this Order;

   b. Plaintiff's motion to appoint temporary counsel is **DENIED without prejudice**;

   c. Plaintiff's motion for additional discovery is **DENIED as moot**; and

2. Plaintiff's motion for reconsideration (Doc. No. 64), is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
