IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY JOHNSON, | : | |
|     Plaintiff | : | |
| | : | No. 1:16-cv-0841 |
| v. | : | |
| | : | (Judge Kane) |
| KEVIN MISKELL, | : | |
|     Defendant | : | |

# ORDER

**AND NOW**, on this 20th day of May 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion to compel (Doc. No. 57) is **GRANTED** to the extent that, within thirty (30) days of the date of this Order, Defendant is directed to produce to Plaintiff the following documents:

    a. A copy of the version of Policy 13.8.1 that was in effect during February of 2014, including the procedures manual (which includes Section 11(b));

    b. The two Static-99 reports from tests administered to Plaintiff on December 20, 2013, and April 26, 2017;

    c. Copies of the emails Bates stamped JOHNSON.DEF000010 through JOHNSON.DEF000014;

2. Counsel for Defendant is directed to file a certificate of service with the Court indicating the date that the documents listed above are provided to Plaintiff; and

3. Within forty-five (45) days of the date that counsel files the certificate of service, the parties are directed to file any dispositive motions that they may wish to file.

> s/ Yvette Kane
> Yvette Kane, District Judge
> United States District Court
> Middle District of Pennsylvania